UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

FILED
MAR 2 7 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Diaz Duncan )
_____ )
_____ )
_____ )
       *Plaintiff* )
          v. )   Case Number: 18-CV-627-SMY-SCW
MS. Mimms )         (Clerk's Office will provide)
Marion County Marriage License Division )
_____ )
       *Defendant(s)* )

# PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

I. **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

735 ILCS 5/13-202 - Personal Injury, 31 U.S. Code § 3802 - False Claims, 28 U.S. Code § 2672 - Administrative adjustment of claims, 28 U.S. Code § 5001 - Civil action for personal injury, 5 U.S. Code § 702 - Right of review, 28 U.S. Code § 3302 – Insolvency, 28 U.S. Code § 3304 - Fraudulent Transfers, 28 U.S. Code § 3307 - Defenses, 42 U.S. Code § 11302 – Homelessness, 20 U.S. Code § 7943 mental anguish, 18 U.S. Code § 4247 - Inadequate council

II. **PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of  Diaz Duncan  (state), who resides at PO Box 643, Herrin IL 62948 , alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Ms. Mimms is employed as
        (a) (Name of First Defendant)
Office Manager (Named as contact for complaints)
        (b) (Position/Title)

(10/2010)

with  Marion County Marriage License Division
    (c) (Employer's Name and Address)

200 E Washington St. W-122, Indianapolis IN 46204

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? [✔] Yes [ ] No

If your answer is YES, briefly explain:
Ms. Mimms first name was withheld by customer service agent, but was named as the representative for complaints.

Check one of the following:

[✔] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant  Marion County Marriage License Division  is employed as
    (Name of Second Defendant)

State Agency
    (Position/Title)

with  Marion County Marriage License Division
    (Employer's Name and Address)

200 E Washington St. W-122, Indianapolis IN 46204

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? [✔] Yes [ ] No

If you answer is YES, briefly explain:
Implied

Check one of the following:

[✔] This defendant **personally participated** in causing my injury, and I want **money damages**.

[ ] The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.　　Defendant _____ is employed as
　　　　　　　　(Name of Third Defendant)

_____
　　　　　　　　　　(Position/Title)

with _____
　　　　　　(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐　This defendant **personally participated** in causing my injury, and I want **money damages**.

☐　The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.　　Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
        ☑ Yes   ☐ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):   Diaz Duncan

            Defendant(s):   Ms. Mimms
                             Marion County Marriage License Division

        2.    Case number:     18-595-MJR-SCW

        3.    Name of Judge to whom case was assigned:
                Judge Phillip Gilbert

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

            Still pending

(10/2010)

IV. **STATEMENT OF CLAIM**

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

When: 2012-Present

Where: Indiana

How: Over the course of time, it became apparent that the union that was created in my absence was only a tool to create financial, emotional, mental, and psychological damages.

Financial damages, homelessness, and major depression prevented me from being able to contest the "Marriage" between Tonya Burnett and I.

Any statues of limitation was ignored, due process was not followed, and if I were able to overturn the decision of marriage before my daughter reached the age of 18, any possibility of being able to obtain parenting time with her would have been denied as it were when the decision was agreed upon that Tonya and I were not married.

No alternative, such as a parental affidavit, were sought as a solution.

Financial compensation is being sought to pay for damages incurred from the inability to pay for bills ranging from medical to 3 years of state and federal taxes still yet to be paid.

Whom: Ms. Mimms
       Marion County Marriage License Division

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 500,000_____.

Punitive damages in the amount of $ 750,000_____.

An ordering requiring defendant(s) to:
Compensation for financial, medical, emotional, psychological, and mental damages

A declaration that:
The marriage that was created in my absence proved to be a tool to extort financial gains for parties involved and without overturning the decision, along with adequate compensation, dire consequences will continued to be suffered for myself and my dependents.

Other:

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⦿ does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3/26/2018
(date)

Signature of Plaintiff

PO BOX 643
Street Address

Diaz Duncan
Printed Name

Herrin IL 62948
City, State, Zip

(10/2010)

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Diaz Duncan

**DEFENDANTS**
Ms Mimms
Marion County Marriage License Division

(b) County of Residence of First Listed Plaintiff: Williamson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Marion County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation / ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
20 U.S. Code § 7943, 28 U.S. Code § 5001, 28 U.S. Code § 3307, 42 U.S. Code § 11302, 18 U.S. Code § 4247
Brief description of cause:
Compensation to prevent further financial and personal injuries

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 03/26/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____